UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PHILIP GELLERT,

                    Plaintiff,

-against-                       **Civil Case No. 7:07-CV-11623-KMK**

THE TOWN OF NORTH EAST, THE PLANNING
BOARD OF THE TOWN OF NORTH EAST,
THE TOWN OF NORTH EAST, AND
HENRY KLIMOWICZ, WILLIAM KISH, DALECULVER,
LESLIE FARANGI, HENRY SCHROEDER, DAVID SHAPIRO,
individuallyand as Members of the town of North East Planning Board,

                    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on **January 17, 2008**, I electronically filed a **VERIFIED ANSWER** on behalf of defendants, the Town of North East, the Planning Board of the Town of North East, the Town of North East, and Henry Klimowicz, William Kish, Dale Culver, Leslie Farangi, Henry Schroeder, David Shapiro, individually and as Members of the Town of North East Planning Board, in the above-referenced action with the Clerk of the District Court using the CM/ECF system.

Further, I hereby certify that I have mailed by the United States Postal Service the document to the following non-CM/ECF Participants:

                **FRANCIS J. ROCHE, ESQ.**
                **Attorney for Plaintiff**
                **Office & P.O. Address**
                **538 Union Street**
                **P.O. Box 321**
                **Hudson, NY 12534**

                _____
                STEPHANIE L. PAULSEN

Sworn to before me this
17th day of January, 2008.

_____
NOTARY PUBLIC - STATE OF NEW YORK

ANNE D. LYMAN
Notary Public, State of New York
Qual. in Albany Co. No. 4673351
Commission Expires Oct. 31, 2020