```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Philip Gellert,

                Plaintiff(s),                07 Civ. 11623 (KMK)(LMS)

    -against-

The Town of North East, et al.,            CALENDAR NOTICE

                Defendant(s).

------------------------------------------------------X

      Please take notice that the above captioned matter has been scheduled for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, May 21, 2008 at 11:15 a.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

      Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: April 8, 2008
       White Plains, New York

                                  So Ordered

                              _____
                              Kenneth M. Karas, U.S.D.J