**FRANCIS J. ROCHE**
ATTORNEY AT LAW
538 UNION STREET
P.O. BOX 321
HUDSON, NEW YORK 12534

MEMBER OF
NEW YORK AND MASSACHUSETTS BARS

TELEPHONE
518 828-4149
FAX

**MEMO ENDORSED**

*Fax Transmission*

DATE : 5/19/08

TO : US District Court, SDNY – Attn Dawn (914-390-4152)

RE : Gellert v Town of North East (Case No. 7:07-CV-11623-KMK)

FROM: FRANCIS J. ROCHE

NUMBER OF PAGES (including this cover sheet): 1

IF ALL PAGES ARE NOT RECEIVED, PLEASE CALL 518-828-4149

*Message:*

This fax is to respectfully request that the conference scheduled for 11:15 A.M. on May 21 be done by telephone. Thank you for your consideration to the request.

Francis J. Roche
Attorney for Plaintiff

c: William J. Decaire, Esq.

*Granted, The parties are to call in together at the appointed time.*

SO ORDERED.
KENNETH M. KARAS U.S.D.J.
5/19/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____