UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PHILIP GELLERT,                          Case Number
                                                          7:07-CV-11623-KMK

  Plaintiff,
                                                       ECF CASE

 -against-

THE TOWN OF NORTH EAST, THE PLANNING
BOARD OF THE TOWN OF NORTH EAST, AND
HENRY KLIMOWICZ, WILLIAM KISH, DALE       **NOTICE OF**
CULVER, LESLIE FARANGI, HENRY SCHROEDER,   **APPEARANCE**
DAVID SHAPIRO, individually and as
Members of the Town of North East Planning Board,

  Defendants.

_____

SIRS:

PLEASE TAKE NOTICE that the plaintiff hereby appears in the above entitled action and that the undersigned has been retained as attorney for the plaintiff and demands that copies of all papers in this action be served upon him at the office and post office address stated below.

Dated: May 27, 2008                      s/_____

                                               FRANCIS J. ROCHE
                                               Bar Roll No.: FR5337
                                               Attorney for Plaintiff
                                               Office & PO Address
                                               538 Union Street
                                               PO Box 321
                                               Hudson, NY  12534
                                               (518) 828-4149
                                               e-mail: fjroche@verizon.net

To:  Carter, Conboy, Case, Blackmore, Maloney & Laird, P.C.
    Attorneys for Defendants
 Clerk of Court